IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. 06-00213-CG |
| | ) |
| BUSTER L. PETAWAY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the United States' Motion for Reduction of Sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure. (Doc.109). The United States asks the court to reduce the defendant's sentence by an additional amount beyond that granted at sentencing because he continued to provide substantial assistance in the investigation and prosecution of another defendant since the date of his sentencing. Upon due consideration of the grounds presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion. Based upon the information presented, the court finds that a reduction of the sentence by an additional 16 months is appropriate.

Therefore, it is **ORDERED** that defendant **BUSTER L. PETAWAY's** sentence hereby is amended, and his term of imprisonment is reduced from 91 months to **75 months**. All other terms and conditions of the sentence and judgment remain the same.

**DONE and ORDERED** this 18th day of February, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE